**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2344**

_____

RANDOLPH S. KOCH,

                    Plaintiff - Appellant,

          v.

UNITED STATES MERIT SYSTEMS PROTECTION BOARD; SUSAN TSUI
GRUNDMANN, In her Official Capacity as Chairman, U.S. Merit
Systems Protection Board,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge. (8:12-cv-01590-DKC)

_____

Submitted:  June 24, 2014            Decided:  July 3, 2014

_____

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Randolph S. Koch, Appellant Pro Se.  Alex Gordon, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph S. Koch appeals the district court's order dismissing this employment discrimination action pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Koch v. U.S. Merit Sys. Prot. Bd. No. 8:12-cv-01590-DKC (D. Md. Aug. 2, 2013). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED